IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SUSAN MARIE LUCKY, ) | Case No.5:12CV1888 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **O R D E R** |
| ) | |
| Commissioner of Social Security, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |
| ) | |

On July 20, 2012, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge Greg White pursuant to Local Rule 72.2(b). On April 29, 2013, the Magistrate Judge recommended that the final decision of the Commissioner be affirmed in part, vacated in part, and the case remanded for further proceedings.(Dkt. #13). On May 14, 2013, the Defendant filed a Response to Magistrate Judge's Report and Recommendation stating they will not be objecting.

Therefore, Magistrate Judge White's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is affirmed in part, vacated in part, and the case remanded, pursuant to 42 U.S.C. § 405(g) sentence four, for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated:5/20/2012                 *S/Christopher A. Boyko*
                                          CHRISTOPHER A. BOYKO
                                          UNITED STATES DISTRICT JUDGE