UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SUSAN MARIE LUCKY, ) | CASE NO.5:12CV1888 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| Vs. ) | |
| ) | |
| Carolyn W. Colvin, ) | |
| COMMISSIONER OF SOCIAL ) | ORDER |
| SECURITY, ) | |
| Defendant. ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Plaintiff's Motion for Payment of Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). (ECF #23). The Motion was referred to Magistrate Judge Greg White for a Report and Recommendation. The Magistrate Judge issued his Report and Recommendation on July 15, 2014, recommending that the Plaintiff be awarded attorney fees. Defendant filed a Response to Magistrate Judge's Report and Recommended Decision on July 29, 2014, stating that they do not object to the Report and Recommended Decision.

Therefore, the Court adopts the Report and Recommendation of the Magistrate

1

Judge and grants attorney fees in the amount of $7,600 from Plaintiff's past due benefits. Further, the Court orders that Plaintiff's counsel refund $3,800 to Plaintiff – the amount previously awarded for attorney fees under the EAJA.

       IT IS SO ORDERED.

Date: 7/29/2014

 s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge